# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

LOVITEDO LLC

                      Plaintiff,

v.

Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                      Defendant.

Case No.: 1:24−cv−04296

Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 3, 2024:

    MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held and continued to 7/18/24 at 9:30 a.m. The temporary restraining order will expire today. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.