# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

LOVITEDO LLC,

Plaintiff,

v.

The Partnerships And Unincorporated Associations Identified On Schedule "A"

Defendants.

_____/

Case: 24-cv-04296

## ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM

Defendants GURZINN, MUHEDIANZI, Bluesky-JSU, HeavenEarth, rfulness, CUPOLA, Lamroro, KABAQOO Store, Kabaqoo (collectively referred to as "Defendants" hereafter), hereby answer to the Complaint [DE 1] and assert affirmative defenses and counterclaim and state as follows:

1. Admitted, upon information and belief.

2. No answer is needed. If an answer is needed, denied.

3. Denied.

4. No answer is needed. If an answer is needed, denied.

5. Denied.

6. Admitted in part and denied in part. Admitted that Defendants are residing in China and denied the rest.

7. Denied.

8. Denied.

9. Admitted.

10. Admitted.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Admitted in part and denied in part. Admitted that Defendants have bank accounts out of the U.S. Denied the rest.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. No answer is needed. If an answer is needed, denied.

23. Denied.

24. Denied.

25. Denied.

### JURY TRIAL DEMAND

26. Defendants demand jury trial on all counts of the Complaint.

### AFFIRMTIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE - INVALIDITY OF THE DESIGN PATENT

27. The design patent US D971,591 S ("'591 Patent")was invalid from the start due to reasons as follows:

   A. Lack of novelty: The design was not new at the time the patent was granted.

   The '591 Patent was not novel. Before the date of application, the exactly same or strikingly similar designs had been sold and shown on Youtube with the links https://www.youtube.com/watch?v=GEsD-O28g9k and https://www.youtube.com/watch?v=wFBjE_fhfmM.

   B. Obviousness: The design would have been obvious to a person of ordinary skill in the art. With very minor difference, '591 Patent is not enforceable in this Court.

   C. Functionality: The design is primarily functional rather than ornamental.

   D. Prior publication: At least one year prior to the application date of '591 Patent, similar designs had been published in China as issued by China's government agency that issued patents.

   E. Inadequate disclosure: The patent fails to adequately describe the design.

28. Defendants reserve the right to assert further affirmative defenses in future.

Respectfully submitted on July 4, 2024.

/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
Attorney for Defendant Fleerose
The Law Offices of James Liu, LLC
9010 SW 25th St Unit 1,
Miami, FL 33165
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent to all parties via CM/ECF on July 4, 2024.

/s/ Jianyin Liu

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**GURZINN, MUHEDIANZI, Bluesky-JSU, HeavenEarth, rfulness, CUPOLA, Lamroro, KABAQOO Store, Kabaqoo,**
Online Platform Stores in the U.S.
Counter-Plaintiffs,

v.

**LOVITEDO LLC**,
Counter-Defendants.
_____/

Case: 24-cv-04296

## ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM

Counter-Plaintiffs, GURZINN, MUHEDIANZI, Bluesky-JSU, HeavenEarth, rfulness, CUPOLA, Lamroro, KABAQOO Store, Kabaqoo (collectively referred to as "Counter-Plaintiffs" hereafter), hereby file this counterclaim against LOVITEDO LLC, the plaintiff in the instant case and state as follows:

### JURISDICTION AND VENUE

1. This Counterclaim is filed pursuant to Fed. Civ. P. Rule 13. Counterclaim and Crossclaim (a) and/or (b), as it is against the Plaintiff/Counter-Defendant in the instant case.

2. Also, this Court has jurisdiction over this counterclaim pursuant to 28 U.S.C. § 1338(a), which grants district courts original jurisdiction over all civil actions arising under any Act of Congress relating to patents.

3. This Court has supplemental jurisdiction under 28 U.S. Code § 1367 for the negligence claim.

### PARTIES

4. Counter-Plaintiffs are the owners of stores on e-commerce platforms of Amazon, Walmart and Temu.

## INTRODUCTIONS

5. Counter-Plaintiffs files this counterclaim against Plaintiff pursuant to 35 U.S.C. §§ 102 and. 103.

## Design Patent US D971,591 S

6. Counter-Defendant filed its application to USPTO its design patent US Design Patent No. US D971,591 S ('591 Patent) on April 22, 2021, which was approved by USPTO on Dec. 6, 2022.

7. The design of '591 Patent is primarily functional rather than ornamental.

8. Prior publication: At least one year prior to the application date of '591 Patent, similar designs had been published in China as issued by China's government agency that issued patents.

9. For example, The Patent No. CN305455846 S, published on Nov. 26, 2019 with the following similar design in Figure 1: *Patent No. CN305455846, Portable Baby Crib Backpack.*



*Figure 1: Patent No. CN305455846, Portable Baby Crib Backpack.*

10. Patent No. CN305455846 S was issued by the Intellectual Property Bureau of the People's Republic of China (IPBPRC).

11. Counter-Defendant's '591 Patent is as follows (Figure 2).



*Figure 2: '591 Patent of Counter-Defendant.*

12. Another example is the Patent No. CN 3066071 00 S, issued on June 15, 2021, by IPBPRC.

13. A similar design with Patent No. CN306708021 S, was issued on July 27, 2021, by IPBPRC.

14. The '591 Patent was not novel. Before the date of application, the exactly same or strikingly similar designs had been sold and shown on Youtube with the links https://www.youtube.com/watch?v=GEsD-O28g9k (dated back to May 17, 2020). *See* below Figure 3: Design Shown on Youtube (1).



*Figure 3: Design Shown on Youtube (1).*

15. Another Youtube available at https://www.youtube.com/watch?v=wFBjE_fhfmM showed the exact design of Plaintiff's '591 patent, dated back to April 26, 2020. *See* Figure 4: Design Shown on Youtube (2).



*Figure 4: Design Shown on Youtube (2)*

### COUNT I - DECLARATORY JUDGMENT OF PATENT INVALIDITY OF '591 PATENT UNDER 35 U.S.C. § 171(a)

16. Counter-Plaintiffs incorporated ¶¶ 1-15 to this Count, as if they are re-stated herein.

17. Counter-Defendant's '591 Patent is invalid it is obvious given all the prior arts listed above.

18. A design patent is not valid unless it is "new." 35 U.S.C. § 171(a). A design patent is "anticipated," that is, invalid because it is not new, "if, in the eye of an ordinary observer, giving such attention as a purchaser usually gives," the design is "substantially the same" as a prior art reference. *Samsung Electronics Co., Ltd. v. Apple Inc.*, 137 S.Ct. 429, 432 (2016) (quoting *Gorham Mfg. Co. v. White*, 81 U.S. 511, 525 (14 Wall.) (1871)); *see Int'l Seaway Trading Corp. v. Walgreens Corp.*, 589 F.3d 1233, 1237 (Fed. Cir. 2009) (holding that the ordinary observer test is the only test for anticipation). *Design Ideas, Ltd. v. Lowe's Home Ctrs.*, 20-cv-3204, at *33 (C.D. Ill. Nov. 30, 2021)

19. For the foregoing reasons, Counterclaimant requests that this Court enter a judgment declaring that the '591 Patent is invalid and unenforceable.

## COUNT II - NEGLIGENCE

20. Counter-Plaintiffs incorporated ¶¶ 1-15 to this Count, as if they are re-stated herein.

21. Counter-Defendant had an obligation to check the validity of its patents before filing a suit against Counter-Plaintiffs in this Court.

22. However, Counter-Defendant failed to fulfill their duty to check the prior arts before filing this cause of action.

23. But for Counter-Defendant's reckless behaviors, Counter-Plaintiffs' funds in the online stores in Amazon, Walmart and eBay would not have been temporarily frozen due to Counter-Defendant's reckless behavior of filing a motion for temporary restraining order (TRO).

24. It is foreseeable that if Counter-Defendant filed a lawsuit, it would seek a TRO that would freeze the funds of the stored of Counter-Plaintiffs, which would stop the listing of the products and the withdrawal of the funds held by the platforms, which most likely the Court would grant it as an *ex parte* motion.

25. Counter-Plaintiff suffered a damage of suspended sales, frozen funds, disruption of operations of the stores on the online platforms.

## Jury Demand

26. Counter-Defendants hereby demand a trial by jury on all issues so triable.

Dated: July 4, 2024

/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
Attorney for Defendant Fleerose
The Law Offices of James Liu, LLC
9010 SW 25th St Unit 1,
Miami, FL 33165
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent to all parties via CM/ECF on July 4, 2024.

/s/ Jianyin Liu